**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-069-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 51 |
| GARY JOHN MARTIN, | |
| Defendant. | |

IT IS ORDERED that the Sentencing Hearing currently scheduled for June 17, 2019, at 10:30 a.m., be vacated and continued to July 29, 2019, at the hour of 10:15 a.m.

DATED this 13th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE