# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GARY JOHN MARTIN,

    Defendant.

Case No. 2:18-cr-069-JAD-NJK

**ORDER**

ECF No. 56

    IT IS ORDERED that the sentencing hearing currently scheduled for July 29, 2019, at 10:15 a.m., be vacated and continued to August 21, 2019, at the hour of 1:30 p.m.

    DATED this 19th day of July, 2019.

_____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT